1  **RIMAC MARTIN, P.C.**
ANNA M. MARTIN (CSBN 154279)
2  amartin@rimacmartin.com
1051 Divisadero Street
3  San Francisco, CA  94115
Telephone: (415) 561-8440
4  Facsimile:  (415) 561-8430

5  **RUMBERGER, KIRK & CALDWELL**
DANIEL J. GERBER (admitted *Pro Hac Vice*)
6  dgerber@rumberger.com
Lincoln Plaza, Ste 1400
7  300 South Orange Avenue
Orlando, Florida 32801
8  Telephone: (408) 872-7300
Facsimile: (407)835-2012
9
Attorneys for Defendants
10 ORKIN SERVICES OF CALIFORNIA, INC.;
(also improperly sued herein as ORKIN, INC.
11 & ORKIN EXTERMINATING COMPANY, INC.)

12 **KHORRAMI, LLP**
SCOTT H.Z. SUMNER (CSBN 156304)
13 ssumner@khorrami.com
360 22nd Street, Suite 640
14 Oakland, CA 94712
Telephone: (510) 867-2000
15 Facsimile:  (866) 546-7266

16 Attorneys for Plaintiffs,
EVA FORRESTER, CHRISTOPHER M. FORRESTER,
17 BRYAN THOMAS FORRESTER, and
STEPHANIE FORRESTER

18

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA**

21 **OAKLAND DIVISION**

22

| | |
|---|---|
| EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, AND STEPHANIE FORRESTER, <br><br>Plaintiffs, <br><br>vs. <br><br>ORKIN, INC. and DOES 1 Through 20, | CASE NO. C12-01975 PJH <br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ORKIN, INC. AND ORKIN EXTERMINATING COMPANY, INC ONLY;** <br><br>[~~PROPOSED~~] **ORDER** |

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. C12-01975 PJH

```
inclusive,                                    )
                                              )
           Defendants.                        )
```

IT IS HEREBY STIPULATED by and between the Plaintiffs EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEPHANIE FORRESTER and Defendant ORKIN SERVICES OF CALIFORNIA, INC.;(also improperly sued herein as ORKIN, INC. & ORKIN EXTERMINATING COMPANY, INC.) by and through their counsel of record herein, that the improperly named defendants **Orkin, Inc. and Orkin Exterminating Company, Inc**. be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

This lawsuit will continue against defendant Orkin Services of California, Inc.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED:  October 5, 2012            By:      */S/ Anna M. Martin*
                                            ANNA M. MARTIN
                                            JOSEPH F. CHARLES
                                            Attorneys for Defendants
                                            ORKIN SERVICES OF CALIFORNIA, INC.;
                                            (also improperly sued and served herein as ORKIN, INC. and ORKIN EXTERMINATING COMPANY, INC.)

                                            KHORRAMI, LLP


DATED:  October 5, 2012            By:      */S/ Scott H.Z. Sumner*
                                            SCOTT H.Z. SUMNER
                                            KHORRAMI, LLP
                                            Attorneys for Plaintiffs
                                            EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEPHANIE FORRESTER

[~~PROPOSED~~] ORDER

Improperly named defendants Orkin, Inc. and Orkin Exterminating Company, Inc. be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 10/9/12



United States District Judge Phyllis J. Hamilton