1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN (CSBN 154279)
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA  94115
   Telephone: (415) 561-8440
4  Facsimile:  (415) 561-8430

5  **RUMBERGER, KIRK & CALDWELL**
   DANIEL J. GERBER (admitted *Pro Hac Vice*)
6  dgerber@rumberger.com
   Lincoln Plaza, Ste 1400
7  300 South Orange Avenue
   Orlando, Florida 32801
8  Telephone: (408) 872-7300
   Facsimile: (407)835-2012
9
   Attorneys for Defendants
10 ORKIN SERVICES OF CALIFORNIA, INC.;
   (also improperly sued herein as ORKIN, INC.
11 & ORKIN EXTERMINATING COMPANY, INC.)

12 **KHORRAMI, LLP**
   SCOTT H.Z. SUMNER (CSBN 156304)
13 ssumner@khorrami.com
   360 22nd Street, Suite 640
14 Oakland, CA 94712
   Telephone: (510) 867-2000
15 Facsimile:  (866) 546-7266

16 Attorneys for Plaintiffs,
   EVA FORRESTER, CHRISTOPHER M. FORRESTER,
17 BRYAN THOMAS FORRESTER, and
   STEPHANIE FORRESTER

18

19                    **UNITED STATES DISTRICT COURT**

20                   **NORTHERN DISTRICT OF CALIFORNIA**

21                            **OAKLAND DIVISION**

22

23 EVA FORRESTER,                    ) CASE NO. C12-01975 PJH
   CHRISTOPHER M. FORRESTER,         )
   BRYAN THOMAS FORRESTER, AND       ) **STIPULATION OF DISMISSAL**
24 STEPHANIE FORRESTER,              ) **WITHOUT PREJUDICE OF**
                                     ) **DEFENDANTS ORKIN, INC. AND ORKIN**
25            Plaintiffs,            ) **EXTERMINATING COMPANY, INC**
                                     ) **ONLY;**
26       vs.                         )  [~~PROPOSED~~] **ORDER**
                                     )
27 ORKIN, INC. and DOES 1 Through 20, )

28                                    1
   STIPULATION OF DISMISSAL WITHOUT PREJUDICE
   Case No. C12-01975 PJH

inclusive,                                                     )
                                                               )
            Defendants.                                        )

IT IS HEREBY STIPULATED by and between the Plaintiffs EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEPHANIE FORRESTER and Defendant ORKIN SERVICES OF CALIFORNIA, INC.;(also improperly sued herein as ORKIN, INC. & ORKIN EXTERMINATING COMPANY, INC.) by and through their counsel of record herein, that the improperly named defendants **Orkin, Inc. and Orkin Exterminating Company, Inc**. be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

This lawsuit will continue against defendant Orkin Services of California, Inc.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED:  October 5, 2012        By:    */S/ Anna M. Martin*
                                      ANNA M. MARTIN
                                      JOSEPH F. CHARLES
                                      Attorneys for Defendants
                                      ORKIN SERVICES OF CALIFORNIA, INC.;
                                      (also improperly sued and served herein as ORKIN, INC. and ORKIN EXTERMINATING COMPANY, INC.)

KHORRAMI, LLP

DATED:  October 5, 2012        By:    */S/ Scott H.Z. Sumner*
                                      SCOTT H.Z. SUMNER
                                      KHORRAMI, LLP
                                      Attorneys for Plaintiffs
                                      EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEPHANIE FORRESTER

[~~PROPOSED~~] ORDER

Improperly named defendants Orkin, Inc. and Orkin Exterminating Company, Inc. be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 10/9/12



United                                  J. Hamilton