1  SCOTT H.Z. SUMNER (SBN 156304)
   KHORRAMI, LLP
2  ssumner@khorrami.com
   360 22nd Street, Suite 640
3  Oakland, California 94612
   Telephone: (510) 867-2000
4  Facsimile:  (510) 867-2010

5  Attorneys for Plaintiffs,
   EVA FORRESTER, CHRISTOPHER M. FORRESTER,
6  BRYAN THOMAS FORRESTER, and
   STEFANIE FORRESTER
7
   **RIMAC MARTIN, P.C.**
8  ANNA M. MARTIN (SBN 154279)
   amartin@rimacmartin.com
9  1051 Divisadero Street
   San Francisco, CA 94115
10 Telephone:  (415) 561-8440
   Facsimile:  (415) 561-8430
11
   **RUMBERGER, KIRK & CALDWELL**
12 DANIEL J. GERBER (admitted *Pro Hac Vice*)
   dgerber@rumberger.com
13 Lincoln Plaza, Suite 1400
   300 South Orange Avenue
14 Orlando, Florida 32801

15 Attorneys for Defendants,
   ORKIN SERVICES OF CALIFORNIA, INC;
16 (also improperly sued herein as ORKIN, INC.
   & ORKIN EXTERMINATING COMPANY, INC.)
17
18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20 | EVA FORRESTER, CHRISTOPHER M. | Case No.  C12-01975 PJH |

21 FORRESTER,  BRYAN THOMAS
   FORRESTER, and STEFANIE FORRESTER,     **STIPULATION REGARDING**
22                                        **SUBSTITUTING ORKIN SERVICES OF**
                 Plaintiffs,              **CALIFORNIA, INC. AS A NAMED**
23                                        **DEFENDANT FOR ORKIN, INC. AND**
            v.                            **ORKIN EXTERMINATING COMPANY,**
24                                        **INC.**
   ORKIN, INC., and DOES 1 through 20,    **[~~PROPOSED~~] ORDER**
25 inclusive,

26                 Defendants.

27

28

---
                                    -1-
STIPULATION REGARDING SUBSTITUTING ORKIN SERVICES OF CALIFORNIA, INC. AS A NAMED
     DEFENDANT FOR ORKIN, INC. AND ORKIN EXTERMINATING COMPANY, INC.

IT IS HEREBY STIPULATED by and between the Plaintiffs, EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER and STEFANIE FORRESTER ("Plaintiffs") and Defendant ORKIN SERVICES OF CALIFORNIA, INC. (also improperly sued herein as ORKIN, INC. & ORKIN EXTERMINATING COMPANY, INC.) by and through their counsel of record herein, that **Orkin Services of California, Inc.** be substituted in as a named defendant for the improperly named defendants **Orkin, Inc.** and **Orkin Exterminating Company, Inc.**

This lawsuit will continue against defendant Orkin Services of California, Inc. only.

Respectfully submitted,

DATED: October 12, 2012                  KHORRAMI, LLP

By:  */S/ Scott H.Z. Sumner*
SCOTT H.Z. SUMNER
Attorneys for Plaintiffs,
EVA FORRESTER, CHRISTOPHER M.
FORRESTER, BRYAN THOMAS FORRESTER,
and STEFANIE FORRESTER

DATED: October 12, 2012                  RIMAC MARTIN, P.C.

By:  */S/ Anna M. Martin*
Attorneys for Defendants,
ORKIN SERVICES OF CALIFORNIA, INC; (also
improperly sued herein as ORKIN, INC. & ORKIN
EXTERMINATING COMPANY, INC.)

[PROPOSED] ORDER

Orkin Services of California, Inc. is substituted in as a named defendant for the improperly named defendants Orkin, Inc. and Orkin Exterminating Company, Inc. The lawsuit will continue against defendant Orkin Services of California, Inc. only.

IT IS SO ORDERED.

DATED:  10/16/12                  _____

United States District Judge Phyllis J. Hamilton

STIPULATION REGARDING SUBSTITUTING ORKIN SERVICES OF CALIFORNIA, INC. AS A NAMED DEFENDANT FOR ORKIN, INC. AND ORKIN EXTERMINATING COMPANY, INC.