SCOTT H.Z. SUMNER (SBN 156304)
KHORRAMI, LLP
ssumner@khorrami.com
360 22nd Street, Suite 640
Oakland, California 94612
Telephone: (510) 867-2000
Facsimile: (510) 867-2010

Attorneys for Plaintiffs,
EVA FORRESTER, CHRISTOPHER M. FORRESTER,
BRYAN THOMAS FORRESTER, and
STEFANIE FORRESTER

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

**RUMBERGER, KIRK & CALDWELL**
DANIEL J. GERBER (admitted *Pro Hac Vice*)
dgerber@rumberger.com
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801

Attorneys for Defendants,
ORKIN SERVICES OF CALIFORNIA, INC;
(also improperly sued herein as ORKIN, INC.
& ORKIN EXTERMINATING COMPANY, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEFANIE FORRESTER,<br><br>Plaintiffs,<br><br>v.<br><br>ORKIN, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C12-01975 PJH<br><br>**STIPULATION REGARDING SUBSTITUTING ORKIN SERVICES OF CALIFORNIA, INC. AS A NAMED DEFENDANT FOR ORKIN, INC. AND ORKIN EXTERMINATING COMPANY, INC.**<br>[~~PROPOSED~~] ORDER |

1  IT IS HEREBY STIPULATED by and between the Plaintiffs, EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER and STEFANIE FORRESTER ("Plaintiffs") and Defendant ORKIN SERVICES OF CALIFORNIA, INC. (also improperly sued herein as ORKIN, INC. & ORKIN EXTERMINATING COMPANY, INC.) by and through their counsel of record herein, that **Orkin Services of California, Inc.** be substituted in as a named defendant for the improperly named defendants **Orkin, Inc.** and **Orkin Exterminating Company, Inc.**

This lawsuit will continue against defendant Orkin Services of California, Inc. only.

Respectfully submitted,

DATED: October 12, 2012          KHORRAMI, LLP

By:   /S/ Scott H.Z. Sumner
      SCOTT H.Z. SUMNER
      Attorneys for Plaintiffs,
      EVA FORRESTER, CHRISTOPHER M.
      FORRESTER, BRYAN THOMAS FORRESTER,
      and STEFANIE FORRESTER

DATED: October 12, 2012          RIMAC MARTIN, P.C.

By:   /S/ Anna M. Martin
      Attorneys for Defendants,
      ORKIN SERVICES OF CALIFORNIA, INC; (also
      improperly sued herein as ORKIN, INC. & ORKIN
      EXTERMINATING COMPANY, INC.)

[~~PROPOSED~~] ORDER

Orkin Services of California, Inc. is substituted in as a named defendant for the improperly named defendants Orkin, Inc. and Orkin Exterminating Company, Inc. The lawsuit will continue against defendant Orkin Services of California, Inc. only.

IT IS SO ORDERED.

DATED: 10/16/12                  _____
                                 United States District Judge Phyllis J. Hamilton

STIPULATION REGARDING SUBSTITUTING ORKIN SERVICES OF CALIFORNIA, INC. AS A NAMED DEFENDANT FOR ORKIN, INC. AND ORKIN EXTERMINATING COMPANY, INC.