SCOTT H.Z. SUMNER, SBN 156304
KHORRAMI, LLP
360 22nd Street, Suite 640
Oakland, California 94612
Telephone: (510) 867-2000
Facsimile: (510) 867-2010

Attorneys for Plaintiffs,
EVA FORRESTER, CHRISTOPHER M. FORRESTER,
BRYAN THOMAS FORRESTER, and
STEFANIE FORRESTER

ANNA M. MARTIN, SBN 154279
JOSEPH F. CHARLES, SBN 228456
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

DANIEL J. GERBER (*admitted Pro Hac Vice*)
RUMBERGER KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, FL 32801
Telephone: 407.872.7300
Facsimile: 407.841.2133

Attorneys for Defendants
ORKIN SERVICES OF CALIFORNIA, INC.
(also improperly sued and served herein as ORKIN, INC.
& ORKIN EXTERMINATING COMPANY, INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVA FORRESTER, CHRISTOPHER M. FORRESTER, BRYAN THOMAS FORRESTER, and STEFANIE FORRESTER, <br><br> Plaintiffs, <br><br> v. <br><br> ORKIN, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 3:12-CV-01975 JST <br><br> **JOINT STIPULATION TO DISMISS COUNT II (WRONGFUL DEATH) FROM PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

- 1 -
JOINT STIPULATION TO DISMISS COUNT II (WRONGFUL DEATH) FROM PLAINTIFFS' COMPLAINT

1  Plaintiffs Eva Forrester, Christopher M. Forrester, Bryan Thomas Forrester and Stefanie
2  Forrester (hereinafter the "Forresters"), by and through their attorney SCOTT H.Z. SUMNER, and
3  Defendant ORKIN SERVICES OF CALIFORNIA, INC. (hereinafter "Orkin"), by and through its
4  attorneys, Anna M. Martin, Joseph F. Charles and Daniel J. Gerber (*admitted Pro Hac Vice*) jointly
5  stipulate the following claim in Plaintiffs' First Amended Complaint be dismissed with prejudice
6  and that, by force of this stipulation and Order, the Forresters' First Amended Complaint be
7  amended as follows:

8  1.  Plaintiffs' Second Cause of Action for wrongful death is dismissed with prejudice;
9  and

10  2.  The Parties further stipulate that they are each to bear its own attorney's fees and
11  costs and that all rights of appeal are waived, as related to the above-mentioned claim.

12  Therefore, Plaintiffs' First Amended Complaint, filed in Contra Costa County Superior
13  Court on February 29, 2012 and removed to this court by Orkin on April 20, 2012, shall be deemed
14  so amended by this Stipulation and Order.

15  Because this amendment limits existing claims but does not add any new claims, Orkin's
16  currently operative Answer, filed in Contra Costa County Superior Court on April 23, 2012, shall
17  continue to be its currently operative Answer.

18  IT IS SO STIPULATED

19
20  DATED: March 19, 2013    By:    */S/ Scott H.Z. Sumner*
                                    SCOTT H.Z. SUMNER
21                                  KHORRAMI, LLP
                                    Attorneys for Plaintiffs
22                                  EVA FORRESTER, CHRISTOPHER M.
                                    FORRESTER, BRYAN THOMAS FORRESTER,
23                                  and STEPHANIE FORRESTER

24  DATED: March 19, 2013    By:    */S/ Anna M. Martin*
                                    ANNA M. MARTIN
25                                  JOSEPH F. CHARLES
                                    Attorneys for Defendants
26                                  ORKIN SERVICES OF CALIFORNIA, INC.;
                                    (also improperly sued and served herein as ORKIN,
27                                  INC. and ORKIN EXTERMINATING COMPANY,
                                    INC.)
28

- 2 -
JOINT STIPULATION TO DISMISS COUNT II (WRONGFUL DEATH) FROM PLAINTIFFS' COMPLAINT

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 1, 2013

