1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN (CSBN 154279)
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA  94115
   Telephone: (415) 561-8440
4  Facsimile:  (415) 561-8430

5  DANIEL J. GERBER
   RUMBERGER KIRK & CALDWELL
6  Lincoln Plaza, Suite 1400 (*admitted Pro Hac Vice*)
   300 South Orange Avenue
7  Orlando, FL 32801
   Telephone:  407.872.7300
8  Facsimile:  407.841.2133

9  Attorneys for Defendants
   ORKIN SERVICES OF CALIFORNIA, INC.;
10 (also improperly sued and served herein as ORKIN, INC.
   & ORKIN EXTERMINATING COMPANY, INC.)

11
   SCOTT H.Z. SUMNER (CSBN 156304)
12 KHORRAMI, LLP
   ssumner@khorrami.com
13 360 22nd Street, Suite 640
   Oakland, CA 94712
14 Telephone: (510) 867-2000
   Facsimile:  (866) 546-7266

15
   Attorneys for Plaintiffs
16 EVA FORRESTER, CHRISTOPHER M. FORRESTER,
   BRYAN THOMAS FORRESTER, and
17 STEPHANIE FORRESTER

18             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
19               **SAN FRANCISCO DIVISION**

20

21 EVA FORRESTER,                          )  CASE NO. 3:12-cv-01975 JST
   CHRISTOPHER M. FORRESTER,               )
22 BRYAN THOMAS FORRESTER, AND             )  **STIPULATION TO EXPEDITE HEARING**
   STEPHANIE FORRESTER,                    )  **DATE FOR PLAINTIFFS' MOTION TO**
                                           )  **REMAND TO STATE COURT AND**
23            Plaintiffs,                  )  **MOTION TO ADD PARTY;** ~~**[PROPOSED]**~~
                                           )  **ORDER**
24        vs.                              )
                                           )
25 ORKIN, INC. and DOES 1 Through 20,      )
   inclusive,                              )
26                                         )
                                           )
27            Defendants.                  )
   _____ )
                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between the Plaintiff EVA FORRESTER, and

Defendant ORKIN SERVICES OF CALIFORNIA, INC., by and through their counsel of record

herein, that the hearing date of June 27, 2013 at 2:00 p.m. for Plaintiffs' Motion to Add Party and

Motion to Remand to State Court, filed on May 8, 2013, be expedited and rescheduled to be heard

on an earlier date on Thursday, May 23, 2013 at 2:00 p.m. in Courtroom 9.  To facilitate the Court's

ability to hear this matter on an expedited basis, the parties have agreed to an expedited briefing

schedule as well.  On Monday, May 13, 2013, defendant Orkin filed its opposition to plaintiff's

motions, and plaintiff will file her response brief on or before Friday, May 17, 2013.

Good cause exists for this request.   On May 8, 2013, the Case Management Conference was

held before the Honorable Jon S. Tigar.  During the Conference, Mr. Sumner advised that he

intended to file a motion to add a non-diverse defendant and a motion for remand to State court.

The Court and the parties agreed that plaintiff's motions should be heard on an expedited basis as

there are several impending deadlines which will require the parties to expend attorney fees and

costs to comply with those deadlines.  In the interests of the Court and the parties, plaintiff's

Motion To Add A Party and To Remand To State Court and Motion should be heard on an

expedited basis.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED:  May 16, 2013          By:     /S/ Anna M. Martin_____
                                             ANNA M. MARTIN
                                             JOSEPH F. CHARLES
                                             Attorneys for Defendants
                                             ORKIN SERVICES OF CALIFORNIA, INC.;

2

STIPULATION TO EXPEDITE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND TO
STATE COURT AND MOTION TO ADD PARTY; [PROPOSED] ORDER
Case No.  3:12-cv-01975 JST

1

(also improperly sued and served herein as ORKIN, INC. and ORKIN EXTERMINATING COMPANY, INC.)

2

3

KHORRAMI, LLP

4

5

DATED:  May 16, 2013            By:      /S/ Scott H.Z. Sumner

6

SCOTT H.Z. SUMNER
KHORRAMI, LLP

7

Attorneys for Plaintiffs
EVA FORRESTER, CHRISTOPHER M.

8

FORRESTER, BRYAN THOMAS FORRESTER, and STEPHANIE FORRESTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXPEDITE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND MOTION TO ADD PARTY; [PROPOSED] ORDER
Case No.  3:12-cv-01975 JST

**[PROPOSED]** **ORDER**

Plaintiffs' Motion to Remand to State Court and Motion to Add Party is expedited and rescheduled to be heard on Thursday, **May 30, 2013** at 2:00 p.m. in Courtroom 9.

**IT IS SO ORDERED**.

Dated: <u>May 16, 2013</u>



IT IS SO ORDERED
AS MODIFIED

Judge Jon S. Tigar

HON.
UNITE_____GE

STIPULATION TO EXPEDITE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND TO
STATE COURT AND MOTION TO ADD PARTY; [PROPOSED] ORDER
Case No.  3:12-cv-01975 JST

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On May 16, 2013, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION TO EXPEDITE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND MOTION TO ADD PARTY; [PROPOSED] ORDER**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on May 16, 2013 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| | |
|---|---|
| Robin Hale | */s/ Robin Hale* |
| (Type or print name) | (Signature) |