United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    EVA FORRESTER, et al.,                  Case No.  12-cv-01975-JST
                Plaintiffs,
8
9         v.                                 **ORDER VACATING MOTION
                                             HEARING**
10   ORKIN SERVICES OF CALIFORNIA,
     INC.,                                   Re: Dkt. Nos. 37, 38
11              Defendant.
12
13        A hearing on Plaintiff Forrester's motions to add a party and to remand is scheduled for
14   May 30, 2013.  As the motions are suitable for determination without oral argument, the hearing is
15   VACATED.  See Civil L.R. 7-1(b).
16        **IT IS SO ORDERED**.
17   Dated: May 24, 2013
18                                           _____
19                                                      JON S. TIGAR
                                                  United States District Judge
20
21
22
23
24
25
26
27
28